JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABELLE CORONA,<br><br>        Plaintiff,<br><br>vs.<br><br>NOVARTIS PHAMACEUTICALS CORPORATION; SANDOZ PHARMACEUTICALS CORPORATION; and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO. CV 11-00156 MMM (PJWx)<br><br>JUDGMENT FOR DEFENDANT |

On June 11, 2012, the court entered an order granting defendant's motion for summary judgment. Accordingly,

IT IS ORDERED AND ADJUDGED

    1.    That plaintiff take nothing by way of its complaint; and

    2.    That the action be, and it hereby is, dismissed.

DATED: June 12, 2012

                                                      MARGARET M. MORROW<br>
                                                    UNITED STATES DISTRICT JUDGE